CONNECTICUT NATIONAL BANK *v.*
ROBERT O. GOULET ET AL.

The petition for certification for appeal from the Appellate Court filed by the defendants Robert O. Goulet and Millicent Goulet is denied.

*Pat Labbadia III,* in support of the petition.

*Thomas E. Crosby,* in opposition.

Decided April 22, 1992

GENEVA M. SAMPIERE *v.* JOEL S. ZARETSKY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 26 Conn. App. 490, is denied.

*Robert S. Kolesnik,* in support of the petition.

*Beth A. Barrett,* in opposition.

Decided April 22, 1992

GENEVA M. SAMPIERE *v.* JOEL S. ZARETSKY ET AL.

The defendants' cross petition for certification for appeal from the Appellate Court, 26 Conn. App. 490, is denied.

*Beth A. Barrett,* in support of the petition.

*Robert S. Kolesnik,* in opposition.

Decided April 22, 1992

RODNEY RICHMOND *v.* FRANK LONGO, SR.

The plaintiff's petition for certification for appeal from the Appellate Court, 27 Conn. App. 30, is denied.

*Herbert Watstein,* in support of the petition.

*John D. Palermo,* in opposition.

Decided April 22, 1992